# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LUCKY AMY NAN LLC and JEROME ROSENBERG,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>YANCEY CAMP,<br><br>　　　　　　　Defendant. | Case No. 2:16-cv-00372-APG-VCF<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION AND REMANDING CASE TO STATE COURT**<br><br>(Dkt. #2) |

On March 7, 2016, Magistrate Judge Ferenbach entered a report and recommendation that I dismiss the petition for removal because no subject matter jurisdiction exists to support removal. (Dkt. #2.) Defendant Yancey Camp did not file an objection.

I nevertheless conducted a de novo review of the issues set forth in the report & recommendation. 28 U.S.C. § 636(b)(1). Judge Ferenbach sets forth the proper legal analysis and factual basis for the decision.

IT IS THEREFORE ORDERED that Judge Ferenbach's report and recommendation **(Dkt. #2) is accepted**. This action is remanded to the state court from which it was removed for all further proceedings. The Clerk of the Court is instructed to close this case.

DATED this 8TH day of April, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE